**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-7907**

_____

ANTOINNE SMITH,

                    Plaintiff – Appellant,

        v.

SERGEANT E. WATKINS,

                    Defendant – Appellee,
          and

ROBERT   GREEN,   Warden;   MONTGOMERY   COUNTY   CORRECTIONAL
FACILITY,

                    Defendants.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Paul W. Grimm, District Judge.  (8:13-
cv-03893-PWG)

_____

Submitted:  April 21, 2016          Decided:  April 26, 2016

_____

Before WILKINSON, KING, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Antoinne  Smith,  Appellant  Pro  Se.  Charles  Lowell  Frederick,
Edward  B.  Lattner,  Jody  Lynn  Malmstrom,  COUNTY  ATTORNEY'S
OFFICE, Rockville, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antoinne Smith appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Smith v. Sergeant Watkins, No. 8:13-cv-03893-PWG (D. Md. Nov. 19, 2015). We also deny Smith's motion to assign counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED